340      IN RE MODERN MAID FOOD PRODUCTS, INC. (BATTER AND BREADING PRODUCTS) LITIGATION

| | | |
|---|---|---|
| 2/6/78 | 1 | MOTION, BRIEF, Exhibit A and B -- Modern Maid Food Products Suggested Transferee District -- E. D. New York Suggested Transferee Judge -- |
| 2/21/78 | | APPEARANCES -- Modern Maid Food Products, Inc. -- A. Thomas Levin, Esq.  Tyson Foods, Inc., Tyson Ocoma, Inc., and Ocoma of Berryville, Inc. -- James B. Blair, Esq.  (ea) |
| 2/22/78 | | REQUEST FOR EXTENSION OF TIME TO FILE -- Tyson Foods, Inc. GRANTED TO MARCH 15, 1978 |
| 3/2/78 | | HEARING ORDER -- Setting A-1 and A-2 for hearing to be held in Wash., D.C. on 3/31/78.  (ea) |
| 3/23/78 | | ORDER FROM W.D. ARKANSAS -- Dated March 16, 1978 and signed by Judge Paul X. Williams -- dismissing A-2 (cds) |
| 3/23/78 | | ORDER -- Denying Motion as Moot -- Notified Panel Judges, Counsel, involved Judges and Clerks  (cds) |

DOCKET NO. __340__ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: __IN RE MODERN MAID FOOD PRODUCTS, INC. (BATTER AND BREADING PRODUCTS) CONTRACT LITIGATION__

## Summary of Panel Actions

Date(s) of Hearing(s) _3/31/78_ _____ _____ _____ _____ _____

Consolidation Ordered _____     Consolidation Denied _3/23/78_

Opinion and/or Order    _____ _____ _____ _____

Citation    _____ _____ _____ _____

Transferee District _____    Transferee Judge _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Modern Maid Food Products, Inc. v. Tyson Foods, Inc. | E.D.N.Y. Pratt | 77C536 (GCP) | | | | |
| A-2 | Tyson Ocoma, Inc. and Ocoma of Berryville, Inc., etc. v. Modern Maid Food Products, Inc. | W.D. Ark. Williams | 78-5008 | | | 3/16/78 | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 340 -- IN RE MODERN MAID FOOD PRODUCTS, INC. (BATTER AND BREADING

PRODUCTS) CONTRACT LITIGATION

---

MODERN MAID FOOD PRODUCTS, INC.
A. Thomas Levin, Esq.
Jaspan, Kaplan & Levin
200 Garden City Plaza
Garden City, New York 11530

TYSON FOODS, INC.
TYSON OCOMA, INC.
OCOMA OF BERRYVILLE, INC.
James B. Blair, Esq.
Crouch, Blair, Cypert & Waters
P.O. Box 869
Springdale, Arkansas 72764

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 340 -- IN RE MODERN MAID FOOD PRODUCTS, INC. (BATTER AND BREADING PRODUCTS) CONTRACT LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |