DOCKET NO. 340

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED
MAR 23 1978

CLERK OF THE PANEL

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE MODERN MAID FOOD PRODUCTS, INC. (BATTER AND BREADING PRODUCTS) CONTRACT LITIGATION

ORDER DENYING MOTION AS MOOT

Modern Maid Food Products, Inc. moved the Panel pursuant to 28 U.S.C. §1407 for transfer of the action listed on the attached Schedule A and pending in the Western District of Arkansas to the Eastern District of New York for coordinated or consolidated pretrial proceedings with the action listed on Schedule A and pending there. Subsequently, both actions have been dismissed.

IT IS THEREFORE ORDERED that the motion for transfer be, and the same hereby is, DENIED as moot.

FOR THE PANEL:

John Minor Wisdom
Chairman

SCHEDULE A                                              DOCKET NO. 340

### EASTERN DISTRICT OF NEW YORK

Modern Maid Food Products, Inc. v. Tyson          Civil Action
Foods, Inc.                                       No. 77C536(GCP)

### WESTERN DISTRICT OF ARKANSAS

Tyson Ocoma, Inc. and Ocoma of Berryville,        Civil Action
Inc., etc. v. Modern Maid Food Products,          No. 78-5008
Inc.